FILED
CLERK, U.S. DISTRICT COURT
OCT 29 2019
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| EGAL SHAHBAZ,<br><br>　　　Plaintiff,<br><br>vs.<br><br>BAD BOYS BAIL BONDS, form unknown; and DOES 1 through 10.<br><br>　　　Defendants. | Case No. 2:19-cv-05489-SVW-SS<br><br>Assigned to the Honorable Stephen V. Wilson<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL [FRCP 41(a)] AND ORDER OF DISMISSAL**<br><br>Action Filed:　May 17, 2019<br>Trial Date:　　December 10, 2019 |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS HEREBY ORDERED that this action be, and hereby is, dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: 10/29/19

　　　　　　　　　　　　　　　THE HONORABLE STEPHEN V. WILSON
　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

---
STIPULATION OF DISMISSAL [FRCP 41(a)] AND ORDER OF DISMISSAL